

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| MIGUEL BYGOYTIA, | § | No. 08-17-00226-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D05522) |
| | § | |

**O R D E R**

The Court GRANTS Rachel Simon's request for an extension of time within which to file the Reporter's Record until **March 25, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rachel Simon, Court Reporter for the 168th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before March 25, 2018.

IT IS SO ORDERED this 26th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.